UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID E. PALISMO, | CV F   04 6523 AWI LJO P |
| Plaintiff, | ORDER GRANTING PLAINTIFF PERMISSION TO AMEND HIS COMPLAINT TO CURE DEFICIENCIES |
| v. | |
| L. BUCKNER, | ORDER DIRECTING CLERK OF COURT TO SERVE COURTESY COPY OF FINDINGS AND RECOMMENDATIONS AND BLANK FORM COMPLAINT |
| Defendants. | |

David E. Palismo ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On March 14, 2006, this Court issued Findings and Recommendations to dismiss the action on the grounds that Plaintiff failed to state a claim for relief under the Eighth Amendment. Plaintiff filed Objections on April 21, 2006. Based on the information provided, it appears Plaintiff may be able to cure the deficiencies by amending the Complaint. Thus, the Court will grant Plaintiff time to file an Amended Complaint that cures the deficiencies outlined in the Findings and Recommendations. Should Plaintiff be able to provide sufficient information to state a cognizable Eighth Amendment claim for relief, the Court will vacate the pending Findings and Recommendations and proceed with the next phase of the screening process. If, however,

the Amended Complaint does not state a claim for relief, the Court will refer the Findings and Recommendations to the District Court for resolution.

      Accordingly, the Court HEREBY ORDERS:

1. Plaintiff is GRANTED thirty (30) days from the date of service of this Order to file an Amended Complaint that cures the deficiencies set forth in the Court's Findings and Recommendations issued March 14, 2006.

2. The Clerk of Court is DIRECTED to serve a courtesy copy of the Findings and Recommendations (Doc. 3) on Plaintiff as well as a blank civil rights Complaint form.

Plaintiff is forewarned that his failure to file an Amended Complaint will cause this Court to forward the Findings and Recommendations to the District Court for resolution.

IT IS SO ORDERED.

**Dated:   April 28, 2006**                                          **/s/ Lawrence J. O'Neill**
b9ed48                                                                             UNITED STATES MAGISTRATE JUDGE