UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID E. PALISMO,<br><br>        Plaintiff,<br><br>vs.<br><br>L. BUCKNER,<br><br>        Defendant.<br>_____/ | 1:04-cv-06523-AWI-LJO-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 3)<br><br>**ORDER DISMISSING ENTIRE ACTION** |

David E. Palismo ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On March 14, 2006, the Magistrate Judge filed Findings and Recommendations that recommended this action be dismissed for failure to state a claim. The Findings and Recommendations were served on Plaintiff and contained notice that any objections to the Findings and Recommendations were to be filed within thirty (30) days. On April 21, 2006, Plaintiff filed objections to the Magistrate Judge's Findings and Recommendations. On May 1, 2006,

1

1  based on the information contained in the objections, the
2  Magistrate Judge granted Plaintiff permission to amend this
3  complaint to cure the deficiencies noted in the Findings and
4  Recommendations within thirty (30) days.  To date, Plaintiff has
5  failed to comply with or otherwise respond to this order.
6       In accordance with the provisions of 28 U.S.C.
7  § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
8  de novo review of this case.  Having carefully reviewed the
9  entire file, the Court finds the Findings and Recommendations to
10 be supported by the record and by proper analysis.   The
11 allegations in the complaint do not a state a claim for a
12 violation of the Eighth Amendment.
13      Accordingly, IT IS HEREBY ORDERED that:
14      1.   The Findings and Recommendations, filed March 14, 2006,
15 are ADOPTED IN FULL; and,
16      2.   This action is DISMISSED in its entirety.

IT IS SO ORDERED.

**Dated:   July 6, 2006**                    **/s/ Anthony W. Ishii**
0m8i78                                        UNITED STATES DISTRICT JUDGE